UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ROBERT HILLARD, ALISA SPANN, CONNIE SPANN,
DERRICK SPANN, JAZMIN TORRES,

                                                Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                                Defendants.
------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 1011 (NGG) (PK)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

        1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses and attorneys' fees; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_August 5_, 2016

MICHAEL O. HUESTON
*Attorney for Plaintiffs*
16 Court Street, Suite 3301
Brooklyn, New York 11241
(718) 246-2900

By: _____
Michael O. Hueston

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: _____
Matthew McQueen
*Assistant Corporation Counsel*

SO ORDERED:

s/Nicholas G. Garaufis

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: _August 9_, 2016